**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF METROPOLITAN CHICAGO, ANN BRASH, MAUREEN HENEGHAN, and RAY CAMPBELL, on behalf of themselves and all others similarly situated, | Case No. 1:19-cv-06322 |
| Plaintiffs, | Honorable Elaine E. Bucklo |
| v. | Magistrate Judge Jeffrey Cole |
| CITY OF CHICAGO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| CITY OF CHICAGO, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant City of Chicago's (i) Rebuttal Report Prepared by Peter Koonce and (ii) Supplemental Designation of Expert Witness and Opinion Testimony were served on May 23, 2022, via email upon the following counsel of record for Plaintiffs and the United States of America.

Jelena Kolic
jkolic@dralegal.org
Disability Rights Advocates
10 South LaSalle Street, 18th Floor
Chicago, IL 60613

Nigel F. Telman
ntelman@proskauer.com
Edward C. Young
eyoung@proskauer.com
Alyssa Cook
acook@proskauer.com
Proskauer Rose LLP
70 West Madison
Suite 3800
Chicago, Illinois  60602

Christina Brandt-Young
cbrandt-young@dralegal.org
Disability Rights Advocates
655 Third Ave., 14th Floor
New York, NY 10017

*Counsel for Plaintiffs*

Matthew J. Faiella
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
4CON 9.114
Washington, DC 20530
matthew.faiella@usdoj.gov

Patrick Walter Johnson
Sarah J. North
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
patrick.johnson2@usdoj.gov
sarah.north@usdoj.gov

*Counsel for the United States of America*

Dated: May 24, 2022

CELIA MEZA,
Corporation Counsel for the City of Chicago

By:      /s/   Matthew Scot Payne
         Attorney for Defendant the City of
         Chicago

JOHN L. HENDRICKS
John.Hendricks@cityofchicago.org
ANDREW S. MINE
Andrew.Mine@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial Litigation
Division
121 North LaSalle Street, Suite 600
Chicago, IL 60602
Phone: (312) 744-6975 / 744-7220

JOHN C. HANSBERRY
(admitted *pro hac vice*)
jhansberry@foxrothschild.com
MATTHEW SCOT PAYNE
mpayne@foxrothschild.com
LAURA CAPLIN
lcaplin@foxrothschild.com
NATHAN MARKETICH
(admitted *pro hac vice*)
nmarketich@foxrothschild.com
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Phone (312) 517-9200

2