IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

AMERICAN COUNCIL OF THE BLIND OF METROPOLITAN CHICAGO, ANN BRASH, MAUREEN HENEGHAN, and RAY CAMPBELL, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

CITY OF CHICAGO,

                    Defendant.

---

UNITED STATES OF AMERICA,

                    Plaintiff-Intervenor,

-against-

CITY OF CHICAGO,

                    Defendant.

Case No. 1:19-cv-06322

Honorable LaShonda A. Hunt

## **PLAINTIFFS' MOTION FOR ENTRY OF REMEDIAL ORDER**

Plaintiffs American Council of the Blind of Metropolitan Chicago, Ann Brash, Ray Campbell and Maureen Heneghan, by their attorneys, move this Court to enter a remedial order following the Court's entry of summary judgment holding the Defendant City of Chicago in violation of Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973. As explained in Plaintiffs' memorandum of law and the Declaration of Linda Myers, the accompanying proposed remedial plan outlines the key terms of the injunctive relief necessary to provide individuals who are blind and low vision equal access to the safety information conveyed by visual pedestrian signals.

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted,<br><br>*/s/ Nigel F. Telman*<br>NIGEL F. TELMAN<br>Edward C. Young<br>Dakota D. Treece<br>PROSKAUER ROSE LLP<br>70 West Madison<br>Suite 3800<br>Chicago, Illinois 60602<br>Phone: (312) 962-3550<br>Fax: (312) 962-3551<br>ntelman@proskauer.com<br>eyoung@proskauer.com<br>dtreece@proskauer.com<br><br>MADELEINE J. REICHMAN*<br>Torie Atkinson*<br>DISABILITY RIGHTS ADVOCATES<br>655 Third Ave., 14th Floor<br>New York, NY 10017<br>Phone: (212) 644-8644<br>Fax: (212) 644-8636<br>mreichman@dralegal.org<br>tatkinson@dralegal.org<br><br>Rachel Weisberg<br>DISABILITY RIGHTS ADVOCATES<br>300 South Wacker Dr., 32nd Floor<br>Chicago, IL 60606<br>Phone: (332) 217-2363<br>rweisberg@dralegal.org<br><br>*Attorneys for Plaintiffs*<br><br>*Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

I, Nigel F. Telman, one of the attorneys for Plaintiffs, hereby certify that on November 6, 2023, I caused a copy of the foregoing to be served electronically upon all the counsel of record listed below via the Court's ECF System:

John L. Hendricks
Managing Deputy Corporation Counsel
Litigation
Andrew Worseck
Deputy Corporation Counsel
City of Chicago Law Department
121 North LaSalle Street, Suite 600
Chicago, IL 60602
Phone: (312) 744-6975 / 744-7220
E-mail: John.Hendricks@cityofchicago.org
Andrew.Worseck@cityofchicago.org

John C. Hansberry
Matthew Scot Payne
Laura Caplin
Nathan Marketich
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Phone (312) 517-9200
E-mail: jhansberry@foxrothschild.com
mpayne@foxrothschild.com
lcaplin@foxrothschild.com
nmarketich@foxrothschild.com

*Attorneys for Defendant*

Patrick Johnson
Sarah J. North
Assistant United States Attorneys
219 South Dearborn Street, 9th Floor
Chicago, Illinois 60604
Phone: (312) 353-5327
E-mail: patrick.johnson2@usdoj.gov
sarah.north@usdoj.gov

Matthew Faiella
Jane Andersen
U.S. Department of Justice
Civil Rights Division –
Disability Rights Section
950 Pennsylvania Avenue, N.W. – 4CON 9.123
Washington, D.C. 20530
Phone: (202) 598-3193
E-mail: matthew.faiella@usdoj.gov
jane.andersen2@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States*