**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF METROPOLITAN CHICAGO, ANN BRASH, MAUREEN HENEGHAN, and RAY CAMPBELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor,<br><br>-against-<br><br>CITY OF CHICAGO<br><br>Defendant. | Case No. 1:19-cv-06322<br><br>Honorable LaShonda A. Hunt |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs American Council of the Blind of Metropolitan Chicago, Ann Brash, Ray Campbell and Maureen Heneghan, by their attorneys, move this Court to enter an award of $5,053,558 in attorneys' fees and $247,159.77 in costs and expenses for their counsel at Disability Rights Advocates and Proskauer Rose LLP in accordance with Section XI of the Remedial Order, ECF No. 365, and the applicable fee-shifting provisions under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973.

As explained in the Plaintiffs' memorandum of law and the accompanying declarations of Edward C. Young, Rachel M. Weisberg, Daniel L. Brown, Sarah Grady, and Laura R. Feldman, Plaintiffs' requested fees are fair and reasonable, considering prevailing market rates, the complexity of the claims involved, the protracted nature of the litigation, and the excellent relief obtained.

Dated: October 24, 2025

Respectfully submitted,

*/s  Edward C. Young*
Nigel F. Telman
Edward C. Young
Ramon Alvarez, Jr.
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Phone: (312) 962-3550
Fax: (312) 962-3551
ntelman@proskauer.com
eyoung@proskauer.com
ralvarez@proskauer.com

Madeleine J. Reichman
(*admitted pro hac vice*)
DISABILITY RIGHTS ADVOCATES
655 Third Ave., Suite 2619
New York, NY 10017
Phone:  (212) 644-8644
Fax:  (212) 644-8636
mreichman@dralegal.org

Rachel M. Weisberg
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, 32nd Floor
Chicago, IL 60606
Phone: (312) 217-2363
rweisberg@dralegal.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Edward C. Young, one of the attorneys for Plaintiffs, hereby certify that on October 24, 2025, I caused a copy of the foregoing to be served electronically upon all the counsel of record via the Court's ECF System.

*/s/ Edward C. Young*
Edward C. Young