**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF METROPOLITAN CHICAGO, ANN BRASH, MAUREEN HENEGHAN AND RAY CAMPBELL, on behalf of themselves and all others similarly situated, | Case No. 19-cv-6322 |
| Plaintiffs, | Honorable LaShonda A. Hunt |
| UNITED STATES OF AMERICA, | |
| Intervenor, | |
| -against- | |
| THE CITY OF CHICAGO, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 26.2**

Plaintiffs American Council of the Blind of Metropolitan Chicago, Ann Brash, Maureen Heneghan and Ray Campbell ("Plaintiffs"), by and through their undersigned attorneys, move for leave to file certain documents and information under seal pursuant to Local Rule 26.2. In support, Plaintiffs state as follows:

1. Concurrently with this Motion, Plaintiffs are filing their Memorandum of Law in Support of their Motion for Attorneys' Fees and Costs ("Fee Petition").

2. Simultaneous with their Fee Petition, Plaintiffs are filing redacted copies of the following time detail reports: (i) Exhibit 6 to the Declaration of Rachel M. Weisberg, and (ii) Exhibit 2 to the Declaration of Edward C. Young.

3. The time detail reports contain narrative entries which reveal Plaintiffs' legal strategies, work product, and other confidential and/or privileged material, and thus contain information that is protected by the attorney-client privilege and/or the attorney work product doctrine. *See Fed. Deposit Ins. Corp. v. Lowis & Gellen LLP,* No. 11-cv-5902, 2014 WL 656660, at *6 (N.D. Ill. Feb. 20, 2014), *aff'd*, No. 11-cv-5902, 2014 WL 12776889 (N.D. Ill. July 3, 2014) (finding counsel was "entitled to produce redacted invoices to support a claim for attorneys' fees while also preserving attorney-client privilege and work-product protection"); *see also Mera v. Garland*, No. 20-cv-2127, 2022 WL 20274878, at *1–2 (D.D.C. June 21, 2022) (noting that "time records which also reveal … litigation strategy, or the specific nature of the services provided, such as researching particular areas of law, fall within the [attorney-client] privilege") (quoting *Chaudhry v. Gallerizzo*, 174 F.3d 394, 402 (4th Cir. 1999)); *Jud. Watch, Inc. v. United States Dep't of Just.*, 118 F. Supp. 3d 266, 274–76 (D.D.C. 2015) ("Where time records are not only created by legal personnel but also reference the subject of legal research, persons contacted and interviewed by the attorney, or other issues bearing on the mental impressions of the attorneys, those portions of the time records are protected work product."); *Stragapede v. City of Evanston*, 215 F. Supp. 3d 708, 726 (N.D. Ill. 2016) (finding attorneys' time entries reveal "mental impressions, conclusions, opinions, or legal theories [of [] attorneys] concerning the litigation").

4. As such, Plaintiffs seek leave to file the time detail reports under seal in order to protect this confidential information. Defendant's counsel has represented that they do not object to the requested relief.

5. Pursuant to Local Rule 26.2(e), Plaintiffs will provide the Court with unredacted copies of the document. Similarly, Plaintiffs will serve upon Defendant the City of Chicago the unredacted complete copies.

WHEREFORE, Plaintiffs respectfully request this Court to grant their Unopposed Motion for Leave to File Documents Under Seal Pursuant to Local Rule 26.2.

Dated: October 24, 2025

Respectfully submitted,

*/s/ Edward C. Young*

Nigel F. Telman
Edward C. Young
Ramon Alvarez, Jr.
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, Illinois 60602
Phone: (312) 962-3550
Fax: (312) 962-3551
ntelman@proskauer.com
eyoung@proskauer.com
ralvarez@proskauer.com

Rachel M. Weisberg
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, 32nd Floor
Chicago, IL 60606
Phone: (312) 217-2363
rweisberg@dralegal.org

Madeleine J. Reichman (*admitted pro hac vice*)
DISABILITY RIGHTS ADVOCATES
655 Third Ave., 14th Floor
New York, NY 10017
Phone: (212) 644-8644
Fax: (212) 644-8636
mreichman@dralegal.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Edward C. Young, one of the attorneys for Plaintiffs, hereby certify that on October 24, 2025, I caused a copy of the foregoing to be served electronically upon all the counsel of record via the Court's ECF System.

*/s/ Edward C. Young*
Edward C. Young