**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF METROPOLITAN CHICAGO, ANN BRASH, MAUREEN HENEGHAN, and RAY CAMPBELL, on behalf of themselves and all others similarly situated, | Case No. 1:19-cv-06322 |
| Plaintiffs, | Honorable LaShonda A. Hunt |
| UNITED STATES OF AMERICA, | |
| Intervenor, | |
| -against- | |
| CITY OF CHICAGO | |
| Defendant. | |

**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**
**AND UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER TO SEAL**

PLEASE TAKE NOTICE that, on **October 29, 2025** at **10:00 a.m.** or as soon thereafter as counsel may be heard, I will appear before Judge Hunt in the courtroom usually occupied by her (Courtroom 1425) in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** and **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**, at which time and place you may appear, if you see fit.

Dated: October 24, 2025

Respectfully submitted,

*/s/ Edward C. Young*

Nigel F. Telman
Edward C. Young
Ramon Alvarez, Jr.
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Phone: (312) 962-3550
Fax: (312) 962-3551
ntelman@proskauer.com
eyoung@proskauer.com
ralvarez@proskauer.com

Madeleine J. Reichman
(*admitted pro hac vice*)
DISABILITY RIGHTS ADVOCATES
655 Third Ave., Suite 2619
New York, NY 10017
Phone: (212) 644-8644
Fax: (212) 644-8636
mreichman@dralegal.org

Rachel M. Weisberg
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, 32nd Floor
Chicago, IL 60606
Phone: (312) 217-2363
rweisberg@dralegal.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Edward C. Young, one of the attorneys for Plaintiffs, hereby certify that on October 24, 2025, I caused a copy of the foregoing to be served electronically upon all the counsel of record via the Court's ECF System.

*/s/ Edward C. Young*
Edward C. Young