# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF METROPOLITAN CHICAGO, ANN BRASH, MAUREEN HENEGHAN, and RAY CAMPBELL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>-against-<br><br>CITY OF CHICAGO,<br><br>     Defendant.<br><br>───────────────────<br><br>UNITED STATES OF AMERICA<br><br>     Plaintiff-Intervenor,<br><br>-against-<br><br>CITY OF CHICAGO,<br><br>     Defendant. | Civil No. 1:19-cv-06322<br><br>Judge LaShonda A. Hunt |

**DECLARATION OF MATTHEW SCOT PAYNE**

I, Matthew Scot Payne, declare and state as follows:

1. I am an attorney who has been barred in Pennsylvania for about 19 years and in Illinois for about 9 years.

2. I have worked for Fox Rothschild LLP ("Fox Rothschild") for about 19 years, and have been of Counsel for that firm at all times relevant hereto.

3. I have been counsel of record for the City of Chicago ("City") on this case since December 10, 2019 (Dkt. 28).

4. I have also been counsel of record for the City on the case of *Access Living of Metropolitan Chicago v. City of Chicago*, No. 1:18-cv-03399, in the Northern District of Illinois ("*Access Living*"), since May 17, 2019 (Dkt. 43 in that case).

5. While I have not yet entered an appearance, I and my firm have performed some initial work for the City on the case of *Lane et al. v. City of Chicago*, No. 1:25-cv-10880, in the Northern District of Illinois ("*Lane*"), which was filed on September 10, 2025.

6. I am familiar with the rates charged by my firm in these and other cases, including the cases of *Freedom Unlimited, Inc. et al. v. City of Pittsburgh*, No. 2:12-cv-01600 in the Western District of Pennsylvania ("*Freedom Unlimited*"), and *United States ex rel. Ling et al. v. City of Los Angeles*, No. 2:11-cv-00974 in the Central District of California ("*Ling*").

7. As such, I have relevant experience regarding and personal knowledge of the facts set forth in this Declaration and am competent to testify to these facts.

8. This Declaration is offered in support of Defendant's Response Opposition to Plaintiffs' Motion for Attorney Fees and Costs.

9. During the period from January 5, 2022, through January 20, 2025, Plaintiffs and Plaintiff-Intervenor the United States ("United States") took the depositions of nine witnesses for the City. Specifically, the depositions of (i) Peter Koonce on April 29, 2022, (ii) Grant Davis on December 6, 2023, (iii) Peter Koonce on December 7, 2023, (iv) Anne Zhang on December 14, 2023, (v) David Gleason on December 18, 2023, (vi) David Miller on December 19, 2023, (vii) Daniel Burke on January 3, 2024, (viii) Robert Wall Emerson on January 4, 2024, and (ix) Abraham Emmanuel on January 4, 2024. These witnesses related to the expert discovery and remedial phases of the litigation.

2

10.     In each of these depositions, the United States performed the main questioning of the witness.

11.     The largest number of transcript pages taken up by Plaintiffs' secondary questioning during this period was fourteen pages, and on three occasions Plaintiffs asked no questions at all.

12.     On page 13 of Plaintiffs' Memorandum of Law in Support of their Motion for Attorneys' Fees and Costs (Dkt. 384) and in Paragraph 13 of the Declaration of Edward Young (Dkt. 385-2), Plaintiffs claim to have taken the lead over the United States in several events occurring after the United States intervened. All of these events occurred before the period from January 5, 2022, through January 20, 2025.

13.     In this action, the City's outside counsel in this case and my firm, Fox Rothschild, currently charges and has at all times charged the City a uniform rate of $295 per hour for attorneys and $110 per hour for paralegals.

14.     In this action, through May 29, 2025, Fox Rothschild billed the City for 7,289.30 hours at a total cost of $2,126,733.00 for a blended realized rate of $291.76 per hour. Fox Rothschild also billed the City $198,081.76 in costs over the same period.

15.     In *Access Living*, the City's outside counsel in this case and my firm, Fox Rothschild, currently charges and has at all times charged the City a uniform rate of $295 per hour for attorneys and $110 per hour for paralegals.

16.     In *Lane*, the City's outside counsel in this case and my firm, Fox Rothschild, currently charges and has at all times charged the City a uniform rate of $295 per hour for attorneys and $110 per hour for paralegals.

3

17.     In *Freedom Unlimited*, the City of Pittsburgh's outside counsel in that case and my firm, Fox Rothschild, at all times and as late as April of 2022 charged the City of Pittsburgh a uniform rate of $425 for partners and $250 for associates.

18.     In *Ling*, the City of Los Angeles' outside counsel in that case and my firm, Fox Rothschild, at all times and as late as August of 2019 charged the City of Los Angeles maximum rates of $510 for partners and $355 for associates.

19.     In each of this action, *Access Living*, *Lane*, *Freedom Unlimited*, and *Ling*, the rates stated above were the actual rates that Fox Rothschild was paid.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2025, in Chicago, Illinois.

_____

Matthew Scot Payne

4