# Exhibit 4

**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated,*

Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, ERIC ADAMS, *in his official capacity as Mayor of the City of New York*, and YDANIS RODRIGUEZ, *in his official capacity as Commissioner of the New York City Department of Transportation,*

Defendants.

---

Case No. 18 Civ. 5792 (PAE)

**STIPULATION OF SETTLEMENT OF REASONABLE ATTORNEYS' FEES AND COSTS**

WHEREAS, on June 27, 2018, Plaintiffs—a class of blind and low-vision New York City pedestrians—brought this action alleging, *inter alia*, that the City of New York (the "City") and the New York City Department of Transportation ("DOT," and with the City, "Defendants") violated Title II of the Americans with Disabilities Act ("ADA"), Section 504 of the Rehabilitation Act, and the New York City Human Rights Law ("NYCHRL") by failing to provide non-visual crossing information at the vast majority of its signalized intersections;

WHEREAS, on December 27, 2021, the Court issued an Opinion and Order setting forth the Court's rulings as to the remedy necessary to bring the City into compliance with the above statutes; and

1

WHEREAS, on March 18, 2022, the Court issued a Remedial Order appointing an Independent Monitor and containing the operational detail necessary to reliably guide the Remedial Order's implementation;[1]

WHEREAS, on June 9, 2022, Plaintiffs filed a motion for reasonable attorneys' fees and costs covering attorneys' fees and costs through May 31, 2022;

NOW, THEREFORE, this Stipulation of Settlement of Plaintiffs' Claims for Reasonable Attorneys' Fees and Costs ("this Stipulation") is made and entered into by and between counsel for Defendants and Plaintiffs, on behalf of itself and the Plaintiff Class as defined in this Court's June 14, 2019 Stipulation and Order as to Class Certification (Dkt. 81);

IT IS HEREBY STIPULATION AND AGREED as follows:

1. Plaintiffs' and their counsels' claim for attorneys' fees, costs and expenses accrued through May 31, 2022 are hereby resolved and withdrawn, with prejudice, and without costs, expenses or fees in excess of the amount specified in paragraph "2" below.

2. Defendants hereby agree to pay the total sum of NINE HUNDRED AND FORTY-FIVE THOUSAND DOLLARS ($945,000.00)("the Settlement Amount") to Plaintiffs' counsel in full and final satisfaction of all claims for attorneys' fees, costs and expenses that were or could have been incurred in the above-captioned action through May 31, 2022. The Defendants agree that, within 90 days of this Stipulation being so-ordered by the Court and the receipt by Defendants' counsel of the documents set forth in paragraph "5" below, $945,000.00 will be paid by check, subject to collection, made payable to "Disability Rights Advocates."

---

[1] That Remedial Order incorporates by reference the Court's Opinion & Orders at ECF Nos. 194 and 201.

2

3.      In consideration for payment of the Settlement Amount, Plaintiffs and their respective counsel agree to release the CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, ERIC ADAMS and YDANIS RODRIGUEZ, together with their successors and/or assigns, and all present or former officials, employees, representatives and/or agents of the City, from any and all claims of attorneys' fees, costs and expenses that were or could have been incurred in connection with the above-captioned actions through May 31, 2022.

4.      Counsel for Plaintiffs shall be responsible for the payment of any federal, state and/or local taxes on the Settlement Amount.

5.      Counsel for Plaintiffs shall execute and deliver to the Defendants' undersigned counsel all documents necessary to effectuate this settlement, including, without limitation: (i) executed substitute W-9 forms for Disability Rights Advocates; (ii) signed releases for Disability Rights Advocates and Plaintiffs AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, in consideration for the payment referenced in paragraph "2" above.

6.      Plaintiffs will have the sole responsibility to satisfy any lien or claim, whether known or unknown, asserted against the Settlement Amount or arising from the settlement. If any lien, claim or action is brought against any Defendant arising from the settlement or asserted against the Settlement Amount, Plaintiffs will defend, indemnify and hold harmless all Defendants and the related entities, agents, servants, faculty, trustees and employees of each of them.

7.      Nothing contained herein shall be deemed to be an admission by the Defendants that they have in any manner or way violated Plaintiffs' rights, or the rights of any member of the Plaintiff Class or other person or entity, as defined in the constitutions, statutes, ordinances, rules

or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. Nor shall anything contained herein be deemed to be an admission by the Defendants that Plaintiffs are entitled to the amount agreed to herein. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

8. Plaintiffs make no claim of or for vicarious liability against any other party, whether named or unnamed, for any acts or omissions of the Defendants or their related entities, agents, servants, faculty, and employees alleged in the Complaint. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

9. This Stipulation contains all the terms and conditions agreed upon by the Parties hereto on the issue of the amount of attorneys' fees, costs and expenses to be paid to counsel for Plaintiffs through May 31, 2022. No oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

10. This Stipulation may be executed in counterparts, and facsimile, scanned, photocopied or digital signatures shall have the same effect as original signatures.

Dated:     July 20, 2022
           New York, New York

DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Email: tatkinson@dralegal.org
Email: cholzman@dralegal.org

By: _____
CHLOE HOLZMAN
TORIE ATKINSON
Staff Attorneys

*Attorneys for Plaintiffs*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New
   York
100 Church Street
New York, NY 10007
Tel: (212) 356-2187
Email: pkoplik@law.nyc.gov

By: _____
PAMELA A. KOPLIK
Assistant Corporation Counsel

*Attorneys for Defendants*

SO ORDERED:

Dated: _____July 20_____, 2022

_____
Hon. Paul A. Engelmayer
United States District Judge