# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

American Council of The Blind of Metropolitan Chicago, et al.

Plaintiff,

v.

Case No.: 1:19−cv−06322
Honorable LaShonda A. Hunt

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's unopposed motions for relief from public requests provision of remedial plan order [400] and leave to file under seal [403] are granted. The unredacted version of the motion [402] shall remain under seal. Defendant may treat the public requests subject to the motion as proposed therein. The motion hearings set for 12/17/25 [401] [404] are stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.