

March 10, 2026

Honorable Judge LaShonda A. Hunt
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
(312) 435-5504

RE:     *American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago* (Case No. 19 C 6322)
        Jensen Hughes Invoices Submission to the Court (June 28, 2025 – February 20, 2026)

Dear Judge Hunt,

In accordance with the Remedial Plan Order entered May 29, 2025, as required under Independent Monitor Fees and Expenses (Section VIII (B)(5), I respectfully submit the attached invoices for fees and expenses incurred by the Independent Monitor. **The attached invoices cover the period from June 28, 2025, through February 20, 2026.**

No action is required from the Court regarding the submission of the attached invoices. Per the Remedial Plan Order, the Independent Monitor is required to submit annual budgets and applications for fees and expenses for approval. It is noted that the Independent Monitor submitted a proposed budget for fiscal year 2025 on July 1, 2025, which was unobjected and approved by the Court on July 25, 2025.

If you have any questions, please contact me at (312) 391-8744 or Michael.Shaw@jensenhughes.com.

Sincerely,

*Jensen Hughes*

Michael Shaw
Senior Accessibility Analyst
Attachments: Seven (7) Invoices for services provided June 28, 2025, through February 20, 2026

Michael Shaw
C: (312) 391-8744
Michael.Shaw@JensenHughes.com

*Copyright ©2026 Jensen Hughes, Inc.*
*All Rights Reserved. T0123*

*jensenhughes.com*

**JENSEN HUGHES**

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | |
|---|---|
| **Invoice Number:** | **INV-3894727** |
| **Invoice Date:** | 09/18/2025 |
| **Project Name:** | MGS City of Chicago APS |
| **Project Number:** | 1MGS25004.000 |
| **VAT/Tax ID Number:** | 52-1199515 |

| | |
|---|---|
| **Due Date:** | 10/18/2025 |
| **Terms:** | NET 30 |
| **Billing Currency:** | USD |

**Billing Period** **From:** 06/28/2025 **To:** 08/22/2025

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 40.00 | $13,800.00 | 40.00 | $13,800.00 |
| DIRECT LABOR | | 40.00 | **$13,800.00** | 40.00 | $13,800.00 |
| TRAVEL | | | $1,106.97 | | $1,106.97 |
| TRAVEL | | | **$1,106.97** | | $1,106.97 |
| FEE | 15.00% | | $166.05 | | $166.05 |
| FEE | | | **$166.05** | | $166.05 |
| Invoice Total | | 40.00 | **$15,073.02** | 40.00 | $15,073.02 |

| | | | | |
|---|---|---|---|---|
| **Current Invoice Amount Due:** | $15,073.02 | | | |
| **Cumulative Amount Billed:** | $15,073.02 | | | |
| **Total Contract Value:** | $313,000.00 | **Total Funded Value:** | $313,000.00 |
| **Unused Contract Value:** | $297,926.98 | **Unused Funded Value:** | $297,926.98 |

**Please include invoice number   INV-3894727   with remittance**

Please Remit:

Via ACH or Wire:
Bank of America
100 N. Tryon Street, Charlotte, NC 28255
Account Name: Jensen Hughes, Inc.
Account No.: 446026640228
ACH Routing No.: 052001633
Wire Routing No.: 026009593
SWIFT Address: BOFAUS3N

Via Check or Postal Delivery:
Jensen Hughes, Inc.
PO Box 7410242
Chicago, IL  60674-0242

If you have questions please contact:
BillingTeam@jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| | | | | | |
|---|---|---|---|---|---|
| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
| Invoice Number: | INV-3894727 | Project Name: | MGS City of Chicago APS | Invoice Date: | 09/18/2025 |

**T&M Labor Supporting Schedule**

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| Group Description | DIRECT LABOR | |
| SHAW, MICHAEL \| SHAW, MICHAEL | 05/30/2025 | 22.00 |
| | 07/04/2025 | 12.00 |
| | 07/25/2025 | 2.00 |
| | 08/01/2025 | 2.00 |
| | 08/22/2025 | 2.00 |
| | **Subtotal** | 40.00 |
| **Total for DIRECT LABOR** | | 40.00 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | | | | |
|---|---|---|---|---|---|
| | Project Number: | 1MGS25004.000 | | Billing Currency: | USD |
| Invoice Number: INV-3894727 | Project Name: | MGS City of Chicago APS | | Invoice Date: | 09/18/2025 |

## Non Labor Supporting Schedule

| Line Description | Transaction | Current FY/PD | Vendor | Invoice Number | Current Amount |
|---|---|---|---|---|---|
| TRAVEL | 025-05-28 \| TRAVEL - MILEAGE | 2025/8 | SHAW, MICHAEL | ER00238285R | $22.82 |
| | 025-05-28 \| TRAVEL - TOLLS/PA | 2025/8 | SHAW, MICHAEL | ER00238285R | $74.00 |
| | 2025-05-21 \| TRAVEL - AIR/RAI | 2025/8 | SHAW, MICHAEL | ER00238285R | $687.60 |
| | 2025-05-27 \| TAXI | 2025/8 | SHAW, MICHAEL | ER00238285R | $130.27 |
| | 2025-05-27 \| TRAVEL - LODGING | 2025/8 | SHAW, MICHAEL | ER00238285R | $150.71 |
| | 2025-05-27 \| TRAVEL - MEALS | 2025/8 | SHAW, MICHAEL | ER00238285R | $41.57 |
| | | | | Total for ER00238285R | **$1,106.97** |
| | | | | Total for SHAW, MICHAEL | **$1,106.97** |
| | | | | Total for TRAVEL | **$1,106.97** |
| Total | | | | | **$1,106.97** |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | |
|---|---|
| **Invoice Number:** | **INV-3900196** |
| **Invoice Date:** | 10/08/2025 |
| **Project Name:** | MGS City of Chicago APS |
| **Project Number:** | 1MGS25004.000 |
| **VAT/Tax ID Number:** | 52-1199515 |

| | |
|---|---|
| **Due Date:** | 11/07/2025 |
| **Terms:** | NET 30 |
| **Billing Currency:** | USD |

| **Billing Period** | **From:** | 08/23/2025 | **To:** | 09/26/2025 |
|---|---|---|---|---|

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| CHOUDHURY, BIJETA | $245.00 | 50.00 | $12,250.00 | 50.00 | $12,250.00 |
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 95.50 | $32,947.50 | 135.50 | $46,747.50 |
| DIRECT LABOR | | 145.50 | **$45,197.50** | 185.50 | $58,997.50 |
| TRAVEL | | | $0.00 | | $1,106.97 |
| TRAVEL | | | **$0.00** | | $1,106.97 |
| FEE | | | $0.00 | | $166.05 |
| FEE | | | **$0.00** | | $166.05 |
| Invoice Total | | 145.50 | **$45,197.50** | 185.50 | $60,270.52 |

| | |
|---|---|
| **Current Invoice Amount Due:** | $45,197.50 |
| **Cumulative Amount Billed:** | $60,270.52 |
| **Total Contract Value:** | $313,000.00 |
| **Unused Contract Value:** | $252,729.48 |

| | |
|---|---|
| **Total Funded Value:** | $313,000.00 |
| **Unused Funded Value:** | $252,729.48 |

**Please include invoice number INV-3900196 with remittance**

Please Remit:

Via ACH or Wire:
Bank of America
100 N. Tryon Street, Charlotte, NC 28255
Account Name: Jensen Hughes, Inc.
Account No.: 446026640228
ACH Routing No.: 052001633
Wire Routing No.: 026009593
SWIFT Address: BOFAUS3N

Via Check or Postal Delivery:
Jensen Hughes, Inc.
PO Box 7410242
Chicago, IL  60674-0242

If you have questions please contact:
BillingTeam@jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3900196 | Project Name: | MGS City of Chicago APS | Invoice Date: | 10/08/2025 |

### Project Invoicing Statement

Thank you for being a valued client of Jensen Hughes. This is an up-to-date statement reflecting previous invoices you have open with Jensen Hughes for this project number. We would like to verify you have received these invoices and they are on schedule for approval. Please keep in mind this statement does not include this current invoice. Some invoices you may have just received and are still within their payment terms, others may already be coming due, and some may be due for payment. We appreciate your attention to these invoices.

| Invoice Number | PO Claim ID | Invoice Date | Due Date | Days Outstanding | Invoice Amount | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| INV-3894727 | | 09/18/2025 | 10/18/2025 | -10 | $15,073.02 | $0.00 | $15,073.02 |
| | | | | **Balance Due:** | | **USD** | **$15,073.02** |

If you have any questions please contact the individual who sent you this invoice or: BillingTeam@JensenHughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3900196 | Project Name: | MGS City of Chicago APS | Invoice Date: | 10/08/2025 |

**T&M Labor Supporting Schedule**

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| Group Description | DIRECT LABOR | |
| CHOUDHURY, BIJETA \| CHOUDHURY, BIJETA | 09/19/2025 | 10.00 |
| | 09/26/2025 | 40.00 |
| **Subtotal** | | 50.00 |
| SHAW, MICHAEL \| SHAW, MICHAEL | 09/05/2025 | 16.00 |
| | 09/12/2025 | 24.00 |
| | 09/19/2025 | 4.00 |
| | 09/26/2025 | 51.50 |
| **Subtotal** | | 95.50 |
| **Total for DIRECT LABOR** | | 145.50 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | | | |
|---|---|---|---|
| **Invoice Number:** | **INV-3904351** | | |
| **Invoice Date:** | 11/03/2025 | **Due Date:** | 12/03/2025 |
| **Project Name:** | MGS City of Chicago APS | **Terms:** | NET 30 |
| **Project Number:** | 1MGS25004.000 | **Billing Currency:** | USD |
| **VAT/Tax ID Number:** | 52-1199515 | | |
| **Billing Period** | **From:** 09/27/2025 | **To:** 10/24/2025 | |

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| CHOUDHURY, BIJETA | $245.00 | 48.00 | $11,760.00 | 98.00 | $24,010.00 |
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 108.00 | $37,260.00 | 243.50 | $84,007.50 |
| DIRECT LABOR | | 156.00 | **$49,020.00** | 341.50 | $108,017.50 |
| OTHER DIRECT COSTS | | | $8.00 | | $8.00 |
| OTHER DIRECT COSTS | | | **$8.00** | | $8.00 |
| TRAVEL | | | $5,147.05 | | $6,254.02 |
| TRAVEL | | | **$5,147.05** | | $6,254.02 |
| FEE | 15.00% | | $773.26 | | $939.31 |
| FEE | | | **$773.26** | | $939.31 |
| Invoice Total | | 156.00 | **$54,948.31** | 341.50 | $115,218.83 |

| | | | |
|---|---|---|---|
| **Current Invoice Amount Due:** | $54,948.31 | | |
| **Cumulative Amount Billed:** | $115,218.83 | | |
| **Total Contract Value:** | $313,000.00 | **Total Funded Value:** | $313,000.00 |
| **Unused Contract Value:** | $197,781.17 | **Unused Funded Value:** | $197,781.17 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

**Please include invoice number   INV-3904351   with remittance**

Please Remit:

Via ACH or Wire:
Bank of America
100 N. Tryon Street, Charlotte, NC 28255
Account Name: Jensen Hughes, Inc.
Account No.: 446026640228
ACH Routing No.: 052001633
Wire Routing No.: 026009593
SWIFT Address: BOFAUS3N

Via Check or Postal Delivery:
Jensen Hughes, Inc.
PO Box 7410242
Chicago, IL  60674-0242

If you have questions please contact:
BillingTeam@jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | | | |
|---|---|---|---|---|
| | | Project Number: | 1MGS25004.000 | Billing Currency: USD |
| Invoice Number: | INV-3904351 | Project Name: | MGS City of Chicago APS | Invoice Date: 11/03/2025 |

**Project Invoicing Statement**

Thank you for being a valued client of Jensen Hughes. This is an up-to-date statement reflecting previous invoices you have open with Jensen Hughes for this project number. We would like to verify you have received these invoices and they are on schedule for approval. Please keep in mind this statement does not include this current invoice. Some invoices you may have just received and are still within their payment terms, others may already be coming due, and some may be due for payment. We appreciate your attention to these invoices.

| Invoice Number | PO Claim ID | Invoice Date | Due Date | Days Outstanding | Invoice Amount | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| INV-3894727 | | 09/18/2025 | 10/18/2025 | 16 | $15,073.02 | $0.00 | $15,073.02 |
| INV-3900196 | | 10/08/2025 | 11/07/2025 | -4 | $45,197.50 | $0.00 | $45,197.50 |
| | | | | **Balance Due:** | | **USD** | **$60,270.52** |

If you have any questions please contact the individual who sent you this invoice or: BillingTeam@JensenHughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

Page 3 of 6

jensenhughes.com

**JENSEN HUGHES**

|  |  | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3904351 | Project Name: | MGS City of Chicago APS | Invoice Date: | 11/03/2025 |

### T&M Labor Supporting Schedule

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| Group Description | DIRECT LABOR | |
| CHOUDHURY, BIJETA \| CHOUDHURY, BIJETA | 10/24/2025 | 48.00 |
| | **Subtotal** | 48.00 |
| SHAW, MICHAEL \| SHAW, MICHAEL | 10/03/2025 | 27.00 |
| | 10/10/2025 | 8.00 |
| | 10/17/2025 | 23.00 |
| | 10/24/2025 | 50.00 |
| | **Subtotal** | 108.00 |
| **Total for DIRECT LABOR** | | 156.00 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| | | | | | |
|---|---|---|---|---|---|
| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
| Invoice Number: | INV-3904351 | Project Name: | MGS City of Chicago APS | Invoice Date: | 11/03/2025 |

**Non Labor Supporting Schedule**

| Line Description | Transaction | Current FY/PD | Vendor | Invoice Number | Current Amount |
|---|---|---|---|---|---|
| OTHER DIRECT COSTS | 2025-09-26 \| OTHER DIRECT COST | 2025/10 | SHAW, MICHAEL | ER00982389 | $8.00 |
| | | | | Total for ER00982389 | **$8.00** |
| | | | | Total for SHAW, MICHAEL | **$8.00** |
| | | | | Total for OTHER DIRECT COSTS | **$8.00** |
| TRAVEL | 2025-09-19 \| TRAVEL - AIR/RAI | 2025/10 | CHOUDHURY, BIJETA | ER00982204 | $437.61 |
| | 2025-09-20 \| TRAVEL - AUTO REN | 2025/10 | CHOUDHURY, BIJETA | ER00982204 | $36.95 |
| | 2025-09-26 \| TRAVEL - MILEAGE | 2025/10 | CHOUDHURY, BIJETA | ER00982204 | $25.20 |
| | 2025-09-26 \| TRAVEL - LODGING | 2025/10 | CHOUDHURY, BIJETA | ER00982204 | $1,178.72 |
| | 2025-09-26 \| TRAVEL - MEALS | 2025/10 | CHOUDHURY, BIJETA | ER00982204 | $272.10 |
| | 2025-09-26 \| TRAVEL - TOLLS/PA | 2025/10 | CHOUDHURY, BIJETA | ER00982204 | $65.95 |
| | | | | Total for ER00982204 | **$2,016.53** |
| | 2025-10-24 \| TRAVEL - MILEAGE | 2025/10 | CHOUDHURY, BIJETA | ER00983853 | $26.46 |
| | | | | Total for ER00983853 | **$26.46** |
| | 2025-10-24 \| TRAVEL - AUTO REN | 2025/10 | CHOUDHURY, BIJETA | ER00983854 | $52.47 |
| | 2025-10-24 \| TRAVEL - TOLLS/PA | 2025/10 | CHOUDHURY, BIJETA | ER00983854 | $82.50 |
| | | | | Total for ER00983854 | **$134.97** |
| | | | | Total for CHOUDHURY, BIJETA | **$2,177.96** |
| | 2025-09-03 \| TRAVEL - AIR/RAI | 2025/10 | SHAW, MICHAEL | ER00982389 | $515.37 |
| | 2025-09-21 \| TRAVEL - MEALS | 2025/10 | SHAW, MICHAEL | ER00982389 | $28.16 |
| | 2025-09-22 \| TRAVEL - MEALS | 2025/10 | SHAW, MICHAEL | ER00982389 | $41.69 |
| | 2025-09-23 \| TRAVEL - MEALS | 2025/10 | SHAW, MICHAEL | ER00982389 | $53.93 |
| | 2025-09-24 \| TRAVEL - TOLLS/PA | 2025/10 | SHAW, MICHAEL | ER00982389 | $51.99 |
| | 2025-09-25 \| TRAVEL - MEALS | 2025/10 | SHAW, MICHAEL | ER00982389 | $57.08 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| Line Description | Transaction | Current FY/PD | Vendor | Invoice Number | Current Amount |
|---|---|---|---|---|---|
| TRAVEL | 2025-09-25 \| TRAVEL - TOLLS/PA | 2025/10 | SHAW, MICHAEL | ER00982389 | $19.50 |
| | 2025-09-26 \| DIRECT TRAVEL- TI | 2025/10 | SHAW, MICHAEL | ER00982389 | $25.00 |
| | 2025-09-26 \| TRAVEL - MILEAGE | 2025/10 | SHAW, MICHAEL | ER00982389 | $24.22 |
| | 2025-09-26 \| TRAVEL - AUTO REN | 2025/10 | SHAW, MICHAEL | ER00982389 | $386.68 |
| | 2025-09-26 \| TRAVEL - LODGING | 2025/10 | SHAW, MICHAEL | ER00982389 | $1,498.69 |
| | 2025-09-26 \| TRAVEL - MEALS | 2025/10 | SHAW, MICHAEL | ER00982389 | $44.78 |
| | 2025-09-26 \| TRAVEL - TOLLS/PA | 2025/10 | SHAW, MICHAEL | ER00982389 | $222.00 |
| | | | | Total for ER00982389 | **$2,969.09** |
| | | | | Total for SHAW, MICHAEL | **$2,969.09** |
| | | | | Total for TRAVEL | **$5,147.05** |
| Total | | | | | **$5,155.05** |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | | | |
|---|---|---|---|
| **Invoice Number:** | **INV-3911819** | | |
| **Invoice Date:** | 12/03/2025 | **Due Date:** | 01/02/2026 |
| **Project Name:** | MGS City of Chicago APS | **Terms:** | NET 30 |
| **Project Number:** | 1MGS25004.000 | **Billing Currency:** | USD |
| **VAT/Tax ID Number:** | 52-1199515 | | |
| **Billing Period** | **From:** 10/25/2025 | **To:** 11/21/2025 | |

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| CHOUDHURY, BIJETA | $245.00 | 1.00 | $245.00 | 99.00 | $24,255.00 |
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 79.00 | $27,255.00 | 322.50 | $111,262.50 |
| DIRECT LABOR | | 80.00 | **$27,500.00** | 421.50 | $135,517.50 |
| OTHER DIRECT COSTS | | | $32.00 | | $40.00 |
| OTHER DIRECT COSTS | | | **$32.00** | | $40.00 |
| TRAVEL | | | $7,550.21 | | $13,804.23 |
| TRAVEL | | | **$7,550.21** | | $13,804.23 |
| FEE | 15.00% | | $1,137.34 | | $2,076.65 |
| FEE | | | **$1,137.34** | | $2,076.65 |
| Invoice Total | | 80.00 | **$36,219.55** | 421.50 | $151,438.38 |

| | | | |
|---|---|---|---|
| **Current Invoice Amount Due:** | $36,219.55 | | |
| **Cumulative Amount Billed:** | $151,438.38 | | |
| **Total Contract Value:** | $313,000.00 | **Total Funded Value:** | $313,000.00 |
| **Unused Contract Value:** | $161,561.62 | **Unused Funded Value:** | $161,561.62 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

Page 1 of 6

jensenhughes.com

**JENSEN HUGHES**

**Please include invoice number   INV-3911819   with remittance**

Please Remit:

Via ACH or Wire:                                            Via Check or Postal Delivery:
Bank of America                                             Jensen Hughes, Inc.
100 N. Tryon Street, Charlotte, NC 28255                    PO Box 7410242
Account Name: Jensen Hughes, Inc.                           Chicago, IL  60674-0242
Account No.: 446026640228
ACH Routing No.: 052001633                                  If you have questions please contact:
Wire Routing No.: 026009593                                 BillingTeam@jensenhughes.com
SWIFT Address: BOFAUS3N

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3911819 | Project Name: | MGS City of Chicago APS | Invoice Date: | 12/03/2025 |

**Project Invoicing Statement**

Thank you for being a valued client of Jensen Hughes. This is an up-to-date statement reflecting previous invoices you have open with Jensen Hughes for this project number. We would like to verify you have received these invoices and they are on schedule for approval. Please keep in mind this statement does not include this current invoice. Some invoices you may have just received and are still within their payment terms, others may already be coming due, and some may be due for payment. We appreciate your attention to these invoices.

| Invoice Number | PO Claim ID | Invoice Date | Due Date | Days Outstanding | Invoice Amount | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| INV-3894727 | | 09/18/2025 | 10/18/2025 | 46 | $15,073.02 | $0.00 | $15,073.02 |
| INV-3900196 | | 10/08/2025 | 11/07/2025 | 26 | $45,197.50 | $0.00 | $45,197.50 |
| INV-3904351 | | 11/03/2025 | 12/03/2025 | 0 | $54,948.31 | $0.00 | $54,948.31 |
| | | | | **Balance Due:** | | **USD** | **$115,218.83** |

If you have any questions please contact the individual who sent you this invoice or: BillingTeam@JensenHughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | Project Number: | 1MGS25004.000 | | Billing Currency: | USD |
|---|---|---|---|---|---|---|
| Invoice Number: | INV-3911819 | Project Name: | MGS City of Chicago APS | | Invoice Date: | 12/03/2025 |

### T&M Labor Supporting Schedule

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| Group Description | DIRECT LABOR | |
| CHOUDHURY, BIJETA \| CHOUDHURY, BIJETA | 10/24/2025 | 0.00 |
| | 10/31/2025 | 1.00 |
| | **Subtotal** | 1.00 |
| SHAW, MICHAEL \| SHAW, MICHAEL | 10/31/2025 | 25.50 |
| | 11/07/2025 | 13.00 |
| | 11/21/2025 | 40.50 |
| | **Subtotal** | 79.00 |
| **Total for DIRECT LABOR** | | 80.00 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

|  | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|
| Invoice Number: INV-3911819 | Project Name: | MGS City of Chicago APS | Invoice Date: | 12/03/2025 |

### Non Labor Supporting Schedule

| Line Description | Transaction | Current FY/PD | Vendor | Invoice Number | Current Amount |
|---|---|---|---|---|---|
| OTHER DIRECT COSTS | 2025-10-19 \| OTHER DIRECT COST | 2025/11 | SHAW, MICHAEL | ER00984446 | $8.00 |
|  | 2025-10-25 \| OTHER DIRECT COST | 2025/11 | SHAW, MICHAEL | ER00984446 | $8.00 |
|  |  |  |  | Total for ER00984446 | **$16.00** |
|  | 2025-11-17 \| OTHER DIRECT COST | 2025/11 | SHAW, MICHAEL | ER00985700 | $8.00 |
|  | 2025-11-20 \| OTHER DIRECT COST | 2025/11 | SHAW, MICHAEL | ER00985700 | $8.00 |
|  |  |  |  | Total for ER00985700 | **$16.00** |
|  |  |  |  | Total for SHAW, MICHAEL | **$32.00** |
|  |  |  |  | Total for OTHER DIRECT COSTS | **$32.00** |
| TRAVEL | 2025-10-19 \| TRAVEL - MEALS | 2025/11 | CHOUDHURY, BIJETA | ER00984172 | $428.32 |
|  | 2025-10-24 \| TRAVEL - AIR/RAI | 2025/11 | CHOUDHURY, BIJETA | ER00984172 | $542.60 |
|  | 2025-10-24 \| TRAVEL - LODGING | 2025/11 | CHOUDHURY, BIJETA | ER00984172 | $1,344.74 |
|  |  |  |  | Total for ER00984172 | **$2,315.66** |
|  |  |  |  | Total for CHOUDHURY, BIJETA | **$2,315.66** |
|  | 2025-10-19 \| TRAVEL - AUTO REN | 2025/11 | SHAW, MICHAEL | ER00984446 | $386.63 |
|  | 2025-10-19 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $55.69 |
|  | 2025-10-20 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $41.16 |
|  | 2025-10-21 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $31.73 |
|  | 2025-10-22 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $61.56 |
|  | 2025-10-22 \| TRAVEL - TOLLS/PA | 2025/11 | SHAW, MICHAEL | ER00984446 | $9.50 |
|  | 2025-10-23 \| TRAVEL - AIR/RAI | 2025/11 | SHAW, MICHAEL | ER00984446 | $626.60 |
|  | 2025-10-23 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $95.06 |
|  | 2025-10-24 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $43.94 |
|  | 2025-10-25 \| DIRECT TRAVEL- TI | 2025/11 | SHAW, MICHAEL | ER00984446 | $25.00 |
|  | 2025-10-25 \| TRAVEL - MILEAGE | 2025/11 | SHAW, MICHAEL | ER00984446 | $24.22 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| Line Description | Transaction | Current FY/PD | Vendor | Invoice Number | Current Amount |
|---|---|---|---|---|---|
| TRAVEL | 2025-10-25 \| TRAVEL - LODGING | 2025/11 | SHAW, MICHAEL | ER00984446 | $1,913.37 |
| | 2025-10-25 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00984446 | $31.82 |
| | 2025-10-25 \| TRAVEL - TOLLS/PA | 2025/11 | SHAW, MICHAEL | ER00984446 | $222.00 |
| | | | | Total for ER00984446 | **$3,568.28** |
| | 2025-10-27 \| TRAVEL - AIR/RAI | 2025/11 | SHAW, MICHAEL | ER00985700 | $399.96 |
| | 2025-11-17 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00985700 | $33.79 |
| | 2025-11-18 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00985700 | $31.18 |
| | 2025-11-19 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00985700 | $31.28 |
| | 2025-11-20 \| DIRECT TRAVEL- TI | 2025/11 | SHAW, MICHAEL | ER00985700 | $15.00 |
| | 2025-11-20 \| TRAVEL - MILEAGE | 2025/11 | SHAW, MICHAEL | ER00985700 | $24.22 |
| | 2025-11-20 \| TRAVEL - AUTO REN | 2025/11 | SHAW, MICHAEL | ER00985700 | $254.74 |
| | 2025-11-20 \| TRAVEL - LODGING | 2025/11 | SHAW, MICHAEL | ER00985700 | $695.28 |
| | 2025-11-20 \| TRAVEL - MEALS | 2025/11 | SHAW, MICHAEL | ER00985700 | $32.82 |
| | 2025-11-20 \| TRAVEL - TOLLS/PA | 2025/11 | SHAW, MICHAEL | ER00985700 | $148.00 |
| | | | | Total for ER00985700 | **$1,666.27** |
| | | | | Total for  SHAW, MICHAEL | **$5,234.55** |
| | | | | Total for  TRAVEL | **$7,550.21** |
| Total | | | | | **$7,582.21** |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | |
|---|---|
| **Invoice Number:** | **INV-3918855** |

| | | | |
|---|---|---|---|
| **Invoice Date:** | 01/06/2026 | **Due Date:** | 02/05/2026 |
| **Project Name:** | MGS City of Chicago APS | **Terms:** | NET 30 |
| **Project Number:** | 1MGS25004.000 | **Billing Currency:** | USD |
| **VAT/Tax ID Number:** | 52-1199515 | | |

| | | | | |
|---|---|---|---|---|
| **Billing Period** | **From:** | 11/22/2025 | **To:** | 12/26/2025 |

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| CHOUDHURY, BIJETA | $245.00 | 0.00 | $0.00 | 99.00 | $24,255.00 |
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 49.00 | $16,905.00 | 371.50 | $128,167.50 |
| DIRECT LABOR | | 49.00 | **$16,905.00** | 470.50 | $152,422.50 |
| OTHER DIRECT COSTS | | | $0.00 | | $40.00 |
| OTHER DIRECT COSTS | | | **$0.00** | | $40.00 |
| TRAVEL | | | $0.00 | | $13,804.23 |
| TRAVEL | | | **$0.00** | | $13,804.23 |
| FEE | | | $0.00 | | $2,076.65 |
| FEE | | | **$0.00** | | $2,076.65 |
| Invoice Total | | 49.00 | **$16,905.00** | 470.50 | $168,343.38 |

| | | | |
|---|---|---|---|
| **Current Invoice Amount Due:** | $16,905.00 | | |
| **Cumulative Amount Billed:** | $168,343.38 | | |
| **Total Contract Value:** | $313,000.00 | **Total Funded Value:** | $313,000.00 |
| **Unused Contract Value:** | $144,656.62 | **Unused Funded Value:** | $144,656.62 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

Page 1 of 4

jensenhughes.com

**JENSEN HUGHES**

**Please include invoice number   INV-3918855   with remittance**

Please Remit:

Via ACH or Wire:
Bank of America
100 N. Tryon Street, Charlotte, NC 28255
Account Name: Jensen Hughes, Inc.
Account No.: 446026640228
ACH Routing No.: 052001633
Wire Routing No.: 026009593
SWIFT Address: BOFAUS3N

Via Check or Postal Delivery:
Jensen Hughes, Inc.
PO Box 7410242
Chicago, IL  60674-0242

If you have questions please contact:
BillingTeam@jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3918855 | Project Name: | MGS City of Chicago APS | Invoice Date: | 01/06/2026 |

### Project Invoicing Statement

Thank you for being a valued client of Jensen Hughes. This is an up-to-date statement reflecting previous invoices you have open with Jensen Hughes for this project number. We would like to verify you have received these invoices and they are on schedule for approval. Please keep in mind this statement does not include this current invoice. Some invoices you may have just received and are still within their payment terms, others may already be coming due, and some may be due for payment. We appreciate your attention to these invoices.

| Invoice Number | PO Claim ID | Invoice Date | Due Date | Days Outstanding | Invoice Amount | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| INV-3894727 | | 09/18/2025 | 10/18/2025 | 80 | $15,073.02 | $0.00 | $15,073.02 |
| INV-3900196 | | 10/08/2025 | 11/07/2025 | 60 | $45,197.50 | $0.00 | $45,197.50 |
| INV-3904351 | | 11/03/2025 | 12/03/2025 | 34 | $54,948.31 | $0.00 | $54,948.31 |
| INV-3911819 | | 12/03/2025 | 01/02/2026 | 4 | $36,219.55 | $0.00 | $36,219.55 |
| | | | | **Balance Due:** | | **USD** | **$151,438.38** |

If you have any questions please contact the individual who sent you this invoice or: BillingTeam@JensenHughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| | | | | |
|---|---|---|---|---|
| | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
| Invoice Number: INV-3918855 | Project Name: | MGS City of Chicago APS | Invoice Date: | 01/06/2026 |

## T&M Labor Supporting Schedule

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| <u>Group Description</u> | DIRECT LABOR | |
| SHAW, MICHAEL \| SHAW, MICHAEL | 11/28/2025 | 5.00 |
| | 12/05/2025 | 8.00 |
| | 12/12/2025 | 18.00 |
| | 12/19/2025 | 4.00 |
| | 12/26/2025 | 14.00 |
| | **Subtotal** | 49.00 |
| **Total for DIRECT LABOR** | | 49.00 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | |
|---|---|
| **Invoice Number:** | **INV-3924472** |
| **Invoice Date:** | 02/02/2026 |
| **Project Name:** | MGS City of Chicago APS |
| **Project Number:** | 1MGS25004.000 |
| **VAT/Tax ID Number:** | 52-1199515 |

| | |
|---|---|
| **Due Date:** | 03/04/2026 |
| **Terms:** | NET 30 |
| **Billing Currency:** | USD |

| **Billing Period** | **From:** | 12/27/2025 | **To:** | 01/23/2026 |
|---|---|---|---|---|

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| CHOUDHURY, BIJETA | $245.00 | 0.00 | $0.00 | 99.00 | $24,255.00 |
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 30.00 | $10,350.00 | 401.50 | $138,517.50 |
| DIRECT LABOR | | 30.00 | **$10,350.00** | 500.50 | $162,772.50 |
| OTHER DIRECT COSTS | | | $0.00 | | $40.00 |
| OTHER DIRECT COSTS | | | **$0.00** | | $40.00 |
| TRAVEL | | | $0.00 | | $13,804.23 |
| TRAVEL | | | **$0.00** | | $13,804.23 |
| FEE | | | $0.00 | | $2,076.65 |
| FEE | | | **$0.00** | | $2,076.65 |
| Invoice Total | | 30.00 | **$10,350.00** | 500.50 | $178,693.38 |

| | |
|---|---|
| **Current Invoice Amount Due:** | $10,350.00 |
| **Cumulative Amount Billed:** | $178,693.38 |
| **Total Contract Value:** | $313,000.00 |
| **Unused Contract Value:** | $134,306.62 |

| | |
|---|---|
| **Total Funded Value:** | $313,000.00 |
| **Unused Funded Value:** | $134,306.62 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

Page 1 of 4

jensenhughes.com

JENSEN HUGHES

**Please include invoice number   INV-3924472   with remittance**

Please Remit:

Via ACH or Wire:
Bank of America
100 N. Tryon Street, Charlotte, NC 28255
Account Name: Jensen Hughes, Inc.
Account No.: 446026640228
ACH Routing No.: 052001633
Wire Routing No.: 026009593
SWIFT Address: BOFAUS3N

Via Check or Postal Delivery:
Jensen Hughes, Inc.
PO Box 7410242
Chicago, IL  60674-0242

If you have questions please contact:
BillingTeam@jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3924472 | Project Name: | MGS City of Chicago APS | Invoice Date: | 02/02/2026 |

**Project Invoicing Statement**

Thank you for being a valued client of Jensen Hughes. This is an up-to-date statement reflecting previous invoices you have open with Jensen Hughes for this project number. We would like to verify you have received these invoices and they are on schedule for approval. Please keep in mind this statement does not include this current invoice. Some invoices you may have just received and are still within their payment terms, others may already be coming due, and some may be due for payment. We appreciate your attention to these invoices.

| Invoice Number | PO Claim ID | Invoice Date | Due Date | Days Outstanding | Invoice Amount | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| INV-3894727 | | 09/18/2025 | 10/18/2025 | 107 | $15,073.02 | $0.00 | $15,073.02 |
| INV-3900196 | | 10/08/2025 | 11/07/2025 | 87 | $45,197.50 | $0.00 | $45,197.50 |
| INV-3904351 | | 11/03/2025 | 12/03/2025 | 61 | $54,948.31 | $0.00 | $54,948.31 |
| INV-3911819 | | 12/03/2025 | 01/02/2026 | 31 | $36,219.55 | $0.00 | $36,219.55 |
| INV-3918855 | | 01/06/2026 | 02/05/2026 | -3 | $16,905.00 | $0.00 | $16,905.00 |
| | | | | **Balance Due:** | | **USD** | **$168,343.38** |

If you have any questions please contact the individual who sent you this invoice or: BillingTeam@JensenHughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3924472 | Project Name: | MGS City of Chicago APS | Invoice Date: | 02/02/2026 |

## T&M Labor Supporting Schedule

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| Group Description | DIRECT LABOR | |
| SHAW, MICHAEL \| SHAW, MICHAEL | 01/02/2026 | 4.00 |
| | 01/09/2026 | 14.00 |
| | 01/16/2026 | 10.00 |
| | 01/23/2026 | 2.00 |
| | **Subtotal** | 30.00 |
| **Total for DIRECT LABOR** | | 30.00 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

# JENSEN HUGHES

**Bill To:**

Chicago Department of Transportation
Attn: Andrew Worseck
2 N. LaSalle Street, Suite 1110
Chicago, IL 60602

**Remit To:**

JENSEN HUGHES, INC
PO Box 7410242
EIN 52-1199515
Chicago, IL 60674-0242

| | | | |
|---|---|---|---|
| **Invoice Number:** | **INV-3932769** | | |
| **Invoice Date:** | 03/02/2026 | **Due Date:** | 04/01/2026 |
| **Project Name:** | MGS City of Chicago APS | **Terms:** | NET 30 |
| **Project Number:** | 1MGS25004.000 | **Billing Currency:** | USD |
| **VAT/Tax ID Number:** | 52-1199515 | | |
| **Billing Period** | **From:** 01/24/2026 | **To:** | 02/20/2026 |

**Description:** Independent Monitor Services - American Council of the Blind of Metropolitan Chicago, et al. v. City of Chicago (Case No. 19 C 6322)

| Description | Billing Rate | Current Hours | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| CHOUDHURY, BIJETA | $245.00 | 0.00 | $0.00 | 99.00 | $24,255.00 |
| SR CONSULTANT 2-SHAW, MICHAEL | $345.00 | 24.00 | $8,280.00 | 425.50 | $146,797.50 |
| DIRECT LABOR | | 24.00 | **$8,280.00** | 524.50 | $171,052.50 |
| OTHER DIRECT COSTS | | | $0.00 | | $40.00 |
| OTHER DIRECT COSTS | | | **$0.00** | | $40.00 |
| TRAVEL | | | $0.00 | | $13,804.23 |
| TRAVEL | | | **$0.00** | | $13,804.23 |
| FEE | | | $0.00 | | $2,076.65 |
| FEE | | | **$0.00** | | $2,076.65 |
| Invoice Total | | 24.00 | **$8,280.00** | 524.50 | $186,973.38 |

| | | | |
|---|---|---|---|
| **Current Invoice Amount Due:** | $8,280.00 | | |
| **Cumulative Amount Billed:** | $186,973.38 | | |
| **Total Contract Value:** | $313,000.00 | **Total Funded Value:** | $313,000.00 |
| **Unused Contract Value:** | $126,026.62 | **Unused Funded Value:** | $126,026.62 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

**Please include invoice number   INV-3932769   with remittance**

Please Remit:

Via ACH or Wire:
Bank of America
100 N. Tryon Street, Charlotte, NC 28255
Account Name: Jensen Hughes, Inc.
Account No.: 446026640228
ACH Routing No.: 052001633
Wire Routing No.: 026009593
SWIFT Address: BOFAUS3N

Via Check or Postal Delivery:
Jensen Hughes, Inc.
PO Box 7410242
Chicago, IL  60674-0242

If you have questions please contact:
BillingTeam@jensenhughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

**JENSEN HUGHES**

| | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|
| Invoice Number: INV-3932769 | Project Name: | MGS City of Chicago APS | Invoice Date: | 03/02/2026 |

**Project Invoicing Statement**

Thank you for being a valued client of Jensen Hughes. This is an up-to-date statement reflecting previous invoices you have open with Jensen Hughes for this project number. We would like to verify you have received these invoices and they are on schedule for approval. Please keep in mind this statement does not include this current invoice. Some invoices you may have just received and are still within their payment terms, others may already be coming due, and some may be due for payment. We appreciate your attention to these invoices.

| Invoice Number | PO Claim ID | Invoice Date | Due Date | Days Outstanding | Invoice Amount | Receipt Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| INV-3894727 | | 09/18/2025 | 10/18/2025 | 135 | $15,073.02 | $0.00 | $15,073.02 |
| INV-3900196 | | 10/08/2025 | 11/07/2025 | 115 | $45,197.50 | $0.00 | $45,197.50 |
| INV-3904351 | | 11/03/2025 | 12/03/2025 | 89 | $54,948.31 | $0.00 | $54,948.31 |
| INV-3911819 | | 12/03/2025 | 01/02/2026 | 59 | $36,219.55 | $0.00 | $36,219.55 |
| INV-3918855 | | 01/06/2026 | 02/05/2026 | 25 | $16,905.00 | $0.00 | $16,905.00 |
| INV-3924472 | | 02/02/2026 | 03/04/2026 | -2 | $10,350.00 | $0.00 | $10,350.00 |
| | | | | **Balance Due:** | **USD** | | **$178,693.38** |

If you have any questions please contact the individual who sent you this invoice or: BillingTeam@JensenHughes.com

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com

JENSEN HUGHES

| | | Project Number: | 1MGS25004.000 | Billing Currency: | USD |
|---|---|---|---|---|---|
| Invoice Number: | INV-3932769 | Project Name: | MGS City of Chicago APS | Invoice Date: | 03/02/2026 |

## T&M Labor Supporting Schedule

| Labor Cat Desc Empl/Vend | TS End Date | Current Hours |
|---|---|---|
| Group Description | DIRECT LABOR | |
| SHAW, MICHAEL \| SHAW, MICHAEL | 02/06/2026 | 14.00 |
| | 02/20/2026 | 10.00 |
| | **Subtotal** | 24.00 |
| **Total for DIRECT LABOR** | | 24.00 |

O: +1 410-737-8677
F: +1 410-737-8688

8830 Stanford Blvd. | Suite 300
Columbia, MD 21045 USA

jensenhughes.com